UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
AMERICAN SOCIETY FOR THE PREVENTION OF :
CRUELTY TO ANIMALS,                    :
                                       :
                          Plaintiff,   :           ORDER
                                       :
         -against-                     :     18 Civ. 4559 (GBD) (DCF)
                                       :
THE ANIMAL AND PLANT HEALTH INSPECTION :
SERVICE and THE UNITED STATES DEPARTMENT:
OF AGRICULTURE,                        :
                                       :
                          Defendants.  :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The parties' briefing schedule for their cross-motions for summary judgment is amended as follows:

- Plaintiff shall file a combined opposition to the Defendants' motion and cross-motion for summary judgment on or before March 2, 2020.

- Defendants shall file a combined reply in support of its motion and opposition to the Plaintiff's cross motion on or before March 16, 2020.

- Plaintiff shall file a reply in support of its cross-motion on or before March 30, 2020.

Dated: New York, New York
       January 17, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge