UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

AMERICAN SOCIETY FOR THE
PREVENTION OF CRUELTY TO ANIMALS,

          Plaintiff,

-v-

ANIMAL AND PLANT HEALTH
INSPECTION SERVICE and UNITED STATES
DEPARTMENT OF AGRICULTURE,

          Defendants.

18 Civ. 4559 (GBD) (DF)

**JUDGMENT ON OFFER
AND ACCEPTANCE**

---

WHEREAS on February 7, 2020, Defendants Animal and Plant Health Inspection Service and U.S. Department of Agriculture ("Defendants") served an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure upon Plaintiff the American Society for the Prevention of Cruelty to Animals ("Plaintiff"); on February 20, 2020, Plaintiff served written notice accepting the offer, and on February 24, 2020, Defendants filed notice of the offer and acceptance, plus proof of service; it is

ORDERED, ADJUDGED AND DECREED: that pursuant to Rule 68 of the Federal Rules of Civil Procedure, judgment is entered for the American Society for the Prevention of Cruelty to Animals in this action, in the amount of $25,000.00, in full resolution of all claims for all monetary and non-monetary relief in this action, including all costs accrued and all attorney's fees, including fees on fees, whether awardable by statute or otherwise.

Dated:   MAR 2 4 2020
       New York, New York

                                                   *George B. Daniels*
                                                 HON. GEORGE B. DANIELS
                                                 United States District Judge